AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern _____ **District of** _____ New York

Justin Sullivan

Plaintiff (s),

V.

Aircraft Services Group, Inc. and Kerry Sailler

Defendant (s).

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 19-cv-6500 MKB

Notice is hereby given that, subject to approval by the court, Justin Sullivan _____ substitutes
_____(Party (s) Name)_____

Stuti Venkat _____, State Bar No. 5627591 _____ as counsel of record in
_____(Name of New Attorney)_____

place of    Edward Stone _____ .
_____(Name of Attorney (s) Withdrawing Appearance)_____

Contact information for new counsel is as follows:

    Firm Name:        Law Office of Seth H. Salinger
    Address:          53 Langley Road, Suite 270, Newton MA 02459
    Telephone:        (617) 244-7630          Facsimile  (877) 222-3572
    E-Mail (Optional): stutivenkat53@gmail.com

I consent to the above substitution.

Date:        02/22/2020 _____            *Justin Sullivan*
                                                  (Signature of Party (s))

I consent to being substituted.

Date:        2/24/2020 _____            _____
                                                  (Signature of Former Attorney (s))

I consent to the above substitution.

Date:        2/21/2020 _____            *Stuti Venkat*
                                                  (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                             _____
                                                  Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**